JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

LAURA M. DURITY (GASBN661108)
Special Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-0931
Facsimile:  (408) 535-5066
Email: laura.durity@usdoj.gov

***E-FILED - 6/23/09***

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                           )<br>      Plaintiff,                                    )<br>                                                           )<br>   v.                                                   )<br>                                                           )<br>JUAN LOPEZ SILLAS,                       )<br>                                                           )<br>      Defendant.                               )<br>                                                           )<br>_____) | No.    CR 09-00509 RMW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; [] ORDER |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled on Monday, June 8, 2009 be continued to Monday, June 22, 2009 at 9:00 a.m.  The continuance is necessary because the government will be in trial on Monday, June 8, 2009 on another matter.

The parties further agree and stipulate that time should be excluded from and including Monday, June 8, 2009  through and including Monday, June 22, 2009, to provide defense counsel reasonable time to prepare, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested

1

1  exclusion of time will serve the interest of justice and outweigh the interest of the public and the
2  defendant in a speedy trial.
3
4  DATED: June 4, 2009                          JOSEPH P. RUSSONIELLO
                                                United States Attorney
5
6                                               ___/s/_____
                                                LAURA M. DURITY
7                                               Special Assistant United States Attorney
8
9                                               ___/s/_____
                                                NICHOLAS HUMY
10                                              Attorney for Defendant
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing date presently set for Monday, June 8, 2009 will be continued to Monday, June 22, 2009 at 9:00 a.m.

IT IS FURTHER ORDERED, that the time between June 8, 2009 through and including June 22, 2009, shall be excluded as the reasonable time necessary for effective defense preparation, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 6/23/09

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE